E-FILED 01/19/12
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>     Plaintiff,<br><br>v.<br><br>PHILLIDINE ENTERPRISES, INC., et al.,<br><br>     Defendants._____/ | Case No. 2:11-cv-03389-PSG-MAN<br><br>[~~Proposed~~] ORDER RE: JOINT STIPULATION FOR DISMISSAL |

   Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant Phillidine Enterprises, Inc.,

   IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:   01/12/12

**PHILIP S. GUTIERREZ**
United States District Judge